AO 93 (Rev. 11/13) Search and Seizure Warrant

# SEALED

## UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 03 2018

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 4:18-mj-00076
                                               )
The premises of 134 Martindale Drive           )
Danville, Virginia 24541                       )
                                               )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before _____June 24, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Joel C. Hoppe_____.
                                                                                                        *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  06/11/2018 ~~8:00 am~~ 1:27 pm        _____/s/ Joel C. Hoppe_____
                                                                           *Judge's signature*

City and state:   Charlottesville, Virginia          The Honorable Joel C. Hoppe, U.S. Magistrate Judge
                                                                  *Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:18-mj-00076 | 6:12 AM, 6/14/2018 | Lashonda Miller |

Inventory made in the presence of: Lashonda Miller

Inventory of the property taken and name of any person(s) seized:

1) iPhone 6 Model A1586 IMEI 356681085889522
2) iPhone 6s Pink Model A1688
3) ZTE Phone Model Z998 IMEI 860369021048457
4) Blue bandana
5) Virginia workforce USB
6) Starter pistol plugged barrel, shoots blanks
7) Titan .25 caliber hand gun S/N 243296 w/magazine

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/27/2018

*Executing officer's signature*

Cameron Fricks, Special Agent
*Printed name and title*

Received in chambers by reliable electronic means and sworn and attested to by telephone on July 3, 2018.

U.S. Magistrate Judge